**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LED TECH DEVELOPMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FUJITSU AMERICA, INC. AND FUJITSU LTD.,<br><br>Defendants. | C.A. No. 12-1443-SLR<br><br>**JURY TRIAL DEMANDED** |

**LED TECH DEVELOPMENT, LLC'S REPLY TO**
**DEFENDANT FUJITSU AMERICA, INC.'S COUNTERCLAIMS**

Plaintiff LED Tech Development, LLC ("LED Tech"), by and through its undersigned attorneys, answers the counterclaims of Defendant Fujitsu America, Inc. ("Fujitsu America") by corresponding paragraph number as follows:

## PARTIES

1. Admitted.

2. Admitted.

## JURISDICTION AND VENUE

3. LED Tech admits that Fujitsu America purports to assert counterclaims arising under 28 U.S.C. §§ 1331, 1338, 2201, and 2202, but LED Tech denies that Fujitsu America is entitled to any such relief.

4. Admitted.

5. Admitted.

**FIRST COUNTERCLAIM**
**(Declaratory Judgment of Non-Infringement of the '661 Patent)**

6. LED Tech incorporates its responses to paragraphs 1-5 of Fujitsu America's counterclaims as if fully set forth herein.

7. Denied.

8. LED Tech admits that Fujitsu America seeks a declaratory judgment that it has not infringe and does not infringe any valid, enforceable claim of the '661 Patent, but LED Tech denies that Fujitsu America is entitled to any such relief.

**SECOND COUNTERCLAIM**
**(Declaratory Judgment of Invalidity of the '661 Patent)**

9. LED Tech incorporates its responses to paragraphs 1-8 of Fujitsu America's counterclaims as if fully set forth herein.

10. Denied.

11. LED Tech admits hat Fujitsu America seeks a declaratory judgment that each claim of the '661 Patent is invalid, but LED Tech denies that Fujitsu America is entitled to any such relief.

**THIRD COUNTERCLAIM**
**(Declaratory Judgment of Non-Infringement the '119 Patent)**

12. LED Tech incorporates its responses to paragraphs 1-11 of Fujitsu America's counterclaims as if fully set forth herein.

13. Denied.

14. LED Tech admits that Fujitsu America seeks a declaratory judgment that it has not infringed and does not infringe any valid, enforceable claim of the '119 Patent, but LED Tech denies that Fujitsu America is entitled to any such relief.

**FOURTH COUNTERCLAIM**
**(Declaratory Judgment of Invalidity of the '119 Patent)**

15. LED Tech incorporates its responses to paragraphs 1-14 of Fujitsu America's counterclaims as if fully set forth herein.

16. Denied.

17. LED Tech admits that Fujitsu America seeks a declaratory judgment that each claim of the '119 Patent is invalid, but LED Tech denies that Fujitsu America is entitled to any such relief.

**FIFTH COUNTERCLAIM**
**(Declaratory Judgment of Non-Infringement of the '287 Patent)**

18. LED Tech incorporates its responses to paragraphs 1-17 of Fujitsu America's counterclaims as if fully set forth herein.

19. Denied.

20. LED Tech admits that Fujitsu America seeks a declaratory judgment that it has not infringed and does not infringe any valid, enforceable claim of the '287 Patent, but LED Tech denies that Fujitsu America is entitled to any such relief.

**SIXTH COUNTERCLAIM**
**(Declaratory Judgment of Invalidity of the '287 Patent)**

21. LED Tech incorporates its responses to paragraphs 1-20 of Fujitsu America's counterclaims as if fully set forth herein.

22. Denied.

23. LED Tech admits that Fujitsu America seeks a declaratory judgment that each claim of the '287 Patent is invalid, but LED Tech denies that Fujitsu America is entitled to any such relief.

## DEMAND FOR JURY TRIAL

LED Tech demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, LED Tech prays that this Court will:

A. Dismiss Fujitsu America's counterclaims against LED Tech with prejudice;

B. Hold that Fujitsu America is not entitled to any relief, whether in law, equity, or otherwise, on its counterclaims against LED Tech;

C. Declare that Fujitsu America has infringed and does infringe one or more claims of the '661, '119, and '287 Patents;

D. Declare that the claims of the '661, '119, and '287 Patents are valid and enforceable;

E. Issue an order finding that this case is exceptional and awarding LED Tech its respective costs and expenses, including reasonable attorneys' fees, in accordance with the provisions of 35 U.S.C. § 285 or other statutes; and

F. Award LED Tech any other relief, in law and in equity, to which the Court finds LED Tech is justly entitled.

February 15, 2013

Of Counsel:

Marc A. Fenster
Daniel P. Hipskind
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
(310) 826-7474
mfenster@raklaw.com
dhipskind@raklaw.com

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
(302) 655-5000

Attorneys for Plaintiff LED Tech Development, LLC